Filing # 160523233 E-Filed 11/02/2022 07:39:48 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

MARIEKA RICHARDS and  
JOSHUA RICHARDS,

    Plaintiffs,

v.

CHRISTHIAN ORLANDO SAMPSON and  
PROGRESSIVE EXPRESS INSURANCE COMPANY,  
a Foreign Profit Corporation,

    Defendants.

_____/

CASE NO.:  
DIVISION:

## COMPLAINT

Plaintiffs, MARIEKA RICHARDS and JOSHUA RICHARDS, by and through the undersigned attorney, hereby sue Defendants, CHRISTHIAN ORLANDO SAMPSON and PROGRESSIVE EXPRESS INSURANCE COMPANY, and allege:

1. This is an action for damages that exceeds $30,000.00.

2. The motor vehicle incident, which gives rise to this lawsuit occurred on or about April 7, 2022, in Duval County, Florida.

3. On April 7, 2022, Defendant, CHRISTHIAN ORLANDO SAMPSON, owned and operated a 2005 Ford Explorer bearing a vehicle identification number of 1FMZU63E55UB17560.

4. At all times material hereto, Plaintiff, MARIEKA RICHARDS, was a resident of Duval County, Florida.

5. At all times material hereto, Plaintiff, JOSHUA RICHARDS, was a resident of Duval County, Florida.

6. At all times material hereto, Defendant, CHRISTHIAN ORLANDO SAMPSON was a resident of Duval County, Florida.

7. At all times material hereto, Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, was an insurance corporation licensed to do and was doing business in the state of Florida, including Duval County, Florida.

8. This Court has jurisdiction as the collision occurred in Duval County, Florida.

9. Venue is appropriate in Duval County, because Defendant, CHRISTHIAN ORLANDO SAMPSON, resides in Duval County and the incident occurred in Duval county, Florida and pursuant to Fla. Stat. § 47.051, the Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, is a foreign corporation doing business in this state and it has an agent or other representative located in Duval County, Florida.

### COUNT I: NEGLIGENCE
### MARIEKA RICHARDS V. CHRISTHIAN ORLANDO SAMPSON

Plaintiff reasserts and re-alleges paragraphs one (1) through nine (9) as if fully set forth herein and further alleges:

10. Plaintiff, MARIEKA RICHARDS, is entitled to relief against Defendant, CHRISTHIAN ORLANDO SAMPSON, upon the following facts:

    a. On or about April 7, 2022, Plaintiff, MARIEKA RICHARDS, was traveling at or near Atlantic Blvd and Anniston Road in Duval County, Florida. Plaintiff, MARIEKA RICHARDS, was operating the vehicle in a careful and prudent manner.

    b. At approximately the same place and time, Defendant, CHRISTHIAN ORLANDO SAMPSON negligently operated the motor vehicle described in paragraph three (3) such that it collided with the vehicle occupied by Plaintiff, MARIEKA RICHARDS.

c. Defendant, CHRISTHIAN ORLANDO SAMPSON owed a duty to Plaintiff, MARIEKA RICHARDS, to operate the motor vehicle in a careful and prudent manner, and breached that duty of care when he failed to maintain the vehicle as to avoid colliding with the motor vehicle operated by the Plaintiff, MARIEKA RICHARDS.

11. As a direct and proximate result of the negligent driving actions and/or omissions of Defendant, CHRISTHIAN ORLANDO SAMPSON, Plaintiff, MARIEKA RICHARDS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of pre-existing condition and SUFFERED PROPERTY DAMAGE in the form of personal property, loss of use of her motor vehicle and/or diminished value. The losses are either permanent or continuing and Plaintiff, MARIEKA RICHARDS, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MARIEKA RICHARDS, demands judgment for damages and costs against Defendant, CHRISTHIAN ORLANDO SAMPSON, and a trial by jury of all counts herein.

## COUNT II: NEGLIGENCE
## JOSHUA RICHARDS V. CHRISTHIAN ORLANDO SAMPSON

Plaintiff, JOSHUA RICHARDS, reasserts and re-alleges paragraphs one (1) through eleven (11) as if fully set forth herein and further alleges:

12. Plaintiff, JOSHUA RICHARDS, is entitled to relief against Defendant, CHRISTHIAN ORLANDO SAMPSON upon the following facts:

a. On or about April 7, 2022, Plaintiff, JOSHUA RICHARDS, was traveling as a passenger at or near Atlantic Blvd and Anniston Road in Duval County, Florida.

b. At approximately the same place and time, Defendant, CHRISTHIAN ORLANDO SAMPSON negligently operated the motor vehicle described in paragraph three (3) such that it collided with the vehicle occupied by Plaintiff, JOSHUA RICHARDS.

c. Defendant, CHRISTHIAN ORLANDO SAMPSON owed a duty to Plaintiff, JOSHUA RICHARDS, to operate the motor vehicle in a careful and prudent manner, and breached that duty of care when he failed to maintain the vehicle as to avoid colliding with the motor vehicle occupied by the Plaintiff, JOSHUA RICHARDS.

13. As a direct and proximate result of the negligent driving actions and/or omissions of Defendant, CHRISTHIAN ORLANDO SAMPSON, Plaintiff, JOSHUA RICHARDS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of pre-existing condition. The losses are either permanent or continuing and Plaintiff, JOSHUA RICHARDS, will suffer the losses in the future.

**WHEREFORE,** Plaintiff, JOSHUA RICHARDS, demands judgment for damages and costs against Defendant, CHRISTHIAN ORLANDO SAMPSON and a trial by jury of all counts herein.

### COUNT III: UNDERINSURED/UNINSURED MOTORIST CLAIM
### (MARIEKA RICHARDS V. PROGRESSIVE EXPRESS INSURANCE COMPANY)

Plaintiff, MARIEKA RICHARDS, re-alleges paragraphs one (1) through thirteen (13), as if fully set forth herein and further alleges:

14. At all times material hereto, Plaintiff, MARIEKA RICHARDS, was covered by an insurance policy with Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, for liability insurance, which included coverage for underinsured/uninsured motorist's coverage in

the amount of $500,000.00. A copy of the insurance declaration page is attached hereto as "EXHIBIT A", and incorporated herein by this reference.

15. Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, was notified by Plaintiff, MARIEKA RICHARDS, by and through the undersigned attorneys, that Defendant, CRISTHIAN ORLANDO SAMPSON, was an underinsured motorist and maintained minimal bodily injury benefits insufficient to satisfy Plaintiff, MARIEKA RICHARDS', claim for personal injury, thereby creating an underinsured motorist claim against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY.

16. Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, failed to adequately honor its contractual obligation to Plaintiff, MARIEKA RICHARDS.

17. Plaintiff, MARIEKA RICHARDS, has fulfilled all conditions precedent to filing suit against Defendant.

**WHEREFORE**, Plaintiff, MARIEKA RICHARDS, demands judgment for damages and costs against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, and a trial by jury of all issues herein.

### COUNT IV: UNDERINSURED/UNINSURED MOTORIST CLAIM
### (JOSHUA RICHARDS V. PROGRESSIVE EXPRESS INSURANCE COMPANY)

Plaintiff, JOSHUA RICHARDS, re-alleges paragraphs one (1) through seventeen (17), as if fully set forth herein and further alleges:

18. At all times material hereto, Plaintiff, JOSHUA RICHARDS, was covered by an insurance policy with Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, for liability insurance, which included coverage for underinsured/uninsured motorist's coverage in the amount of $500,000.00. A copy of the insurance declaration page is attached hereto as "EXHIBIT A", and incorporated herein by this reference.

19. Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, was notified by Plaintiff, JOSHUA RICHARDS, by and through the undersigned attorneys, that Defendant, CRISTHIAN ORLANDO SAMPSON, was an underinsured motorist and maintained minimal bodily injury benefits insufficient to satisfy Plaintiff, JOSHUA RICHARDS', claim for personal injury, thereby creating an underinsured motorist claim against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY.

20. Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, failed to adequately honor its contractual obligation to Plaintiff, JOSHUA RICHARDS.

21. Plaintiff, JOSHUA RICHARDS, has fulfilled all conditions precedent to filing suit against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY.

**WHEREFORE**, Plaintiff, JOSHUA RICHARDS, demands judgment for damages and costs against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, and a trial by jury of all issues herein.

Dated this 2nd day of November, 2022.

BLAIR C. BUTLER (FL Bar No. 1017945)
**NICHOLAS BRIGHT (FL Bar No. 103682)**
**RONALD E. SHOLES, P.A.**
637 Blanding Blvd, Suite 4
Orange Park, Florida 32073
Ph: (904) 272-7575 Fax: (904) 830-4454
Primary Email:
RonSholesPA-Team13-Eservice@Youhurtwefight.com
*Attorneys for Plaintiffs*

# Exhibit A

Progressive
P.O. Box 94739
Cleveland, OH 44101

**PROGRESSIVE®**
COMMERCIAL

Named insured

Apex Facilities Services
5713 GUANA PARK CT
JACKSONVILL, FL 32244

**Policy number:** 956338764
Underwritten by:
Progressive Express Ins Company
March 24, 2022
Policy Period: Mar 1, 2022 - Mar 1, 2023.
Page 1 of 3

**progressivecommercial.com**
Online Service
Make payments, check billing activity, print policy documents, update your policy or check the status of a claim.

**1-800-895-2886**
For customer service and claims service, 24 hours a day, 7 days a week.

# Commercial Auto Insurance Coverage Summary
## This is your Declarations Page
## Your coverage has changed

Your coverage began the later of March 1, 2022 at 12:01 a.m. or the effective time shown on your application. This policy period ends on March 1, 2023 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852FL (02/19), 1652FL (02/19), Z442 (02/19), Z311 (02/19), 4852FL (02/19), 4881FL (02/19) and Z228 (01/11).

The named insured organization type is a corporation.

## Policy changes effective March 23, 2022

| | |
|---|---|
| Changes processed on: | March 23, 2022 12:16 p.m. |
| Premium change: | -$851.00 |
| Changes: | Coverage has been changed on the policy. |
| | Any Auto Legal Liability To Others has been added. |
| | Liability To Others has been changed. |
| | Uninsured Motorist - Nonstacked has been changed. |

The changes shown above will not be effective prior to the time the changes were requested.


Continued

Form 6489 FL (11/20)

Policy number: 956338764
Apex Facilities Services
Page 2 of 3

## Outline of coverage

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $1,784 |
|   Bodily Injury and Property Damage Liability | $500,000 combined single limit | | |
| Any Auto Legal Liability To Others | | | 247 |
|   Bodily Injury and Property Damage Liability | $500,000 combined single limit | | |
| Uninsured Motorist - Nonstacked | $500,000 combined single limit | | 777 |
| Basic Personal Injury Protection | | | 199 |
|   Without Work Comp-Named Insured Only | $10,000 each person | $0 | |
| Medical Payments | Rejected | | -- |
| Comprehensive | | | 229 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | 1,338 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Rental Reimbursement | | | 66 |
|   See Auto Coverage Schedule | | | |
| **Total 12 month policy premium** | | | **$4,640** |

    Number of Employees: (0-10)
    Cost of Renting, Hiring, or Borrowing: $5,000 or less (if any)

## Rated drivers

1. Marieka Richards

## Auto coverage schedule

1. **2021 LEXUS ES**  Actual Cash Value (plus $2,000.00 Permanently Attached Equip)
   VIN: **58AGZ1B1XMU106507**  Garaging Zip Code: 32244  Radius: 50 miles
   Personal use: Y   Body type: Car - Luxury

| | Liability Premium | UM Premium | PIP Premium | | | |
|---|---|---|---|---|---|---|
| **Liability Premium** | $1784 | $777 | $199 | | | |
| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | | |
| **Physical Damage Premium** | $1,000 | $229 | $1,000 | $1338 | | |
| | Rental Limit | Rental Premium | | | | Auto Total |
| **Other Coverages Premium** | $50 per day Max $1,500 | $66 | | | | $4,393 |

## Premium discounts

| Policy | |
|---|---|
| 956338764 | Paid In Full and Multi-Product |
| **Vehicle** | |
| 2021 LEXUS ES | Anti-Lock Brakes, Airbag and Anti-Theft Device Recovery |

## Loss Payee information

1. Loss Payee    Auto 1    LEXUS FINANCIAL SERVICES
   PO BOX 105386
   ATLANTA, GA 30348
   2021 LEXUS ES (58AGZ1B1XMU106507)


Continued

Form 6489 FL (11/20)

Policy number: 956338764
Apex Facilities Services
Page 3 of 3

## Important coverage notice

Please inform us if your business owns any vehicles that are not currently described on the Declarations Page. Remember that all vehicles owned by your business must be specifically described on the Declarations Page at the beginning of each policy term for Any Auto Liability coverage to apply to an owned, unlisted vehicle during the term.

## Agent signature

*Mark Pant*

## Company officers

*Patricia H. Cour*

Secretary

Form 6489 FL (11/20)