**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARIEKA RICHARDS and JOSHUA RICHARDS,

    Plaintiffs,

v.

    Case No. 3:23-cv-263-TJC-PDB

PROGRESSIVE EXPRESS INSURANCE COMPANY,

    Defendant.

## ORDER

The Order to Show Cause, Doc. 11, is discharged based on the response and for the reasons discussed at the November 1, 2023, hearing. See Docs. 14, 15. Upon review of the Joint Stipulation for Final Order of Dismissal, Doc. 12, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies:
Counsel of record